**Order entered August 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00780-CV

**MICHAEL O. PICKENS, Appellant**

**V.**

**ELIZABETH CORDIA, ET AL, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01890-F**

## ORDER

The Court **GRANTS** appellant's August 3, 2013 motion to accept resubmission of the brief. We **ORDER** appellant's brief filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
JUSTICE